**DIAMOND McCARTHY LLP**
Stephen T. Loden (*pro hac vice*)
Andrew B. Ryan (*pro hac vice*)
909 Fannin, 15th Floor
Houston, TX 77010
Telephone: 713-333-5100
Facsimile: 713-333-5199
sloden@diamondmccarthy.com
aryan@diamondmccarthy.com
*Counsel for Allan B. Diamond,
Chapter 11 Trustee for Howrey LLP*

**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
Eric A. Nyberg, Esq. (Bar No. 131105)
Chris D. Kuhner, Esq. (Bar No. 173291)
1970 Broadway, Suite 225
Oakland, CA 94612
Telephone: 510-763-1000
Facsimile: 510-273-8669
*Local Counsel for Allan B. Diamond,
Chapter 11 Trustee for Howrey LLP*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re: | Cause No. 4:13-cv-03904-SBA |
| HOWREY LLP, | Bankruptcy Case No: 11-31376 DM |
| Debtor. | Adv. P. No. 13-03036-DM |
| ALLAN B. DIAMOND, Chapter 11 Trustee For Howrey LLP, | **ORDER DISMISSING PROCEEDING** |
| Plaintiff, | |
| v. | |
| KILPATRICK TOWNSEND & STOCKTON LLP, et al., | |
| Defendants. | |

1　　　The Court having read and considered the *Stipulation to Dismiss Proceeding* filed on
2 September 3, 2013 (the "<u>Stipulation</u>") and good cause appearing therefore:
3　　　IT IS HEREBY ORDERED that the Stipulation is approved as an order of the Court.
4　　　IT IS FURTHER ORDERED that this proceeding is dismissed with prejudice.
5　　　Dated: ___9/5/2013___

*Saundra B Armstrong*
UNITED STATES DISTRICT JUDGE